

**FILED**

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0364

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0364

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

LAURRIE ANNE WHEELER-JEAKINS,

    Defendant and Appellant.

ORDER

**FILED**

SEP 03 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Laurrie Anne Wheeler-Jeakins filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Wheeler-Jeakins time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised in Wheeler-Jeakins' appeal in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Wheeler-Jeakins personally.

DATED this 3rd day of September, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices